```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05057
   KIMBERLY C LEWIS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-5393


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/21/2007 and was confirmed 07/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP   SECURED VEHIC      6394.29          225.85       1785.81
CREDIT ACCEPTANCE       UNSECURED         NOT FILED             .00           .00
RENT A CENTER           SECURED NOT I          .00              .00           .00
RENT A CENTER           UNSECURED         NOT FILED             .00           .00
ILLINOIS DEPT OF EMPLOYM UNSECURED          3483.00             .00        356.31
T MOBILE                UNSECURED         NOT FILED             .00           .00
AFNI                    UNSECURED         NOT FILED             .00           .00
FIRST CASH              UNSECURED            420.00             .00         33.32
NEXTEL                  UNSECURED         NOT FILED             .00           .00
K MART                  UNSECURED         NOT FILED             .00           .00
AMERICREDIT FINANCIAL SV UNSECURED           6077.00            .00        621.68
AMERILOAN               UNSECURED         NOT FILED             .00           .00
MCI                     UNSECURED         NOT FILED             .00           .00
CHECK INTO CASH         UNSECURED         NOT FILED             .00           .00
CHEX SYSTEMS COLLECTION UNSECURED         NOT FILED             .00           .00
CITY OF CHICAGO PARKING UNSECURED           2730.00             .00        279.28
CITY OF CHICAGO HEIGHTS UNSECURED         NOT FILED             .00           .00
CONSOLIDATED COMMUNICATI UNSECURED        NOT FILED             .00           .00
COOK COUNTY STATES ATTY UNSECURED         NOT FILED             .00           .00
CORPORATE               UNSECURED         NOT FILED             .00           .00
COSTCO                  UNSECURED         NOT FILED             .00           .00
COMCAST                 UNSECURED         NOT FILED             .00           .00
DEVON FINANCIAL SERVICE UNSECURED            680.80             .00         69.64
FITNESS FORMULA         UNSECURED         NOT FILED             .00           .00
GUARANTY BANK           UNSECURED            516.04             .00         40.95
HSBC NV                 UNSECURED         NOT FILED             .00           .00
HSBC/TAX                UNSECURED         NOT FILED             .00           .00
KDAR LLC                UNSECURED         NOT FILED             .00           .00
MAC CORMAC COLLEGE      UNSECURED         NOT FILED             .00           .00
MCI                     UNSECURED         NOT FILED             .00           .00
NOEL ALCANTARA          UNSECURED         NOT FILED             .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED           807.23             .00         82.58

                      PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 05057 KIMBERLY C LEWIS
```

```
PLAINS COMMERCE BANK       UNSECURED          200.16            .00          15.88
ST XAVIER UNIVERSITY       UNSECURED      NOT FILED             .00            .00
TCF NATIONAL BANK          UNSECURED      NOT FILED             .00            .00
TORRES CREDIT              UNSECURED      NOT FILED             .00            .00
TOTAL CARD SOLUTIONS       UNSECURED      NOT FILED             .00            .00
WALGREENS                  UNSECURED      NOT FILED             .00            .00
AT & T                     UNSECURED      NOT FILED             .00            .00
HSBC BANK NEVADA NA        UNSECURED          572.90            .00          45.45
ER SOLUTIONS INC           UNSECURED          379.36            .00          30.10
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,484.00                       2,484.00
TOM VAUGHN                 TRUSTEE                                           431.44
DEBTOR REFUND              REFUND                                          1,800.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             8,302.29

PRIORITY                                          .00
SECURED                                      1,785.81
    INTEREST                                   225.85
UNSECURED                                    1,575.19
ADMINISTRATIVE                               2,484.00
TRUSTEE COMPENSATION                           431.44
DEBTOR REFUND                                1,800.00
                    ---------------      ---------------
TOTALS              8,302.29                 8,302.29
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 07/22/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
              CASE NO. 07 B 05057 KIMBERLY C LEWIS